# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Thelma Jones, Priyia Lacey, Faisa Abdi, Ali Ali, Rukiya Hussein, David Trotter-Ford, Lucia Porras, and Somali Community Resettlement Services, Inc.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>City of Faribault,<br><br>　　　　　　　　　Defendant. | COURT MINUTES – CIVIL<br>BEFORE:  HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　　　18-cv-1643 (JRT/HB)<br>Date:　　　　　　September 10, 2018<br>Courthouse:　　Saint Paul<br>Courtroom:　　　Courtroom 6B<br>Recording:　　　None<br>Time Commenced:　11:08 AM<br>Time Concluded:　12:36 PM<br>Time in Court:　1 Hours & 28 Minutes |

Hearing on:  **RULE 16 DISCOVERY CONFERENCE**

### APPEARANCES:

　　Plaintiff:　　Ian Bratlie, Jennessa Calvo-Friedman, Teresa Nelson

　　Defendant:　Andrew Wolf, Paul Reuvers

### PROCEEDINGS:

　　☒　In Person

　　☒　By telephone – Jennessa Calvo-Friedman

**Other Remarks:**

　　Discussion of pretrial deadlines and early settlement – the parties are continuing to meet and confer regarding an ESI protocol, based on guidance provided by the Court during the conference.  They will submit a joint update letter **on or before September 18, 2018**.  A Pretrial Scheduling Order will be issued.

　　The Court encouraged the parties to consider possibilities for resolving the matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ *Judith M. Kirby*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy