# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Thelma Jones, Priyia Lacey, Faisa Abdi, Ali Ali, Rukiya Hussein, Lucia Porras, David Trotter-Ford, and Somali Community Resettlement Services, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>City of Faribault,<br><br>Defendant. | COURT MINUTES – CIVIL<br>BEFORE:  HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE<br><br>Case No:        18-cv-1643 (JRT/HB)<br>Date:             December 12, 2018<br>Courthouse:   Saint Paul<br>Courtroom:    By telephone<br>Recording:     None<br>Time Commenced: 8:31 AM<br>Time Concluded:   8:43 AM<br>Time in Court:    0 Hours & 12 Minutes |

Hearing on:  **STATUS CONFERENCE**

### APPEARANCES:

Plaintiff:   Ian Bratlie, Teresa Nelson, Alejandro Ortiz, Joshua Riegel

Defendant:   Paul Reuvers, Andrew Wolf

### PROCEEDINGS:

☐   In Person

☒   By telephone

**Other Remarks:**

The Court and counsel discussed the status of discovery and whether a settlement conference would be productive.  At this time, no settlement conference will be scheduled but counsel are encouraged to keep the lines of communications open.  The Court will hold another status conference by telephone with counsel **at 8:30 a.m. CST on March 27, 2019**.  Counsel must meet and confer in advance of the call and submit a joint letter on or before **March 25, 2019**, updating the Court on the parties' progress in discovery and when they might be ready for a settlement conference.  The letter should also provide the names of the attorneys who will participate in the call.  The Court will circulate conference bridge information a day or two prior to the call.

s/ *Judith M. Kirby*
Courtroom Deputy
