# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Thelma Jones, Priyia Lacey, Faisa Abdi, Ali Ali, Rukiya Hussein, Lucia Porras, David Trotter-Ford, and Somali Community Resettlement Services, Inc.<br><br>              Plaintiffs,<br><br>v.<br><br>City of Faribault,<br><br>              Defendant. | COURT MINUTES – CIVIL<br>BEFORE: HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE<br><br>Case No:    18-cv-1643 (JRT/HB)<br>Date:    March 27, 2019<br>Courthouse:    Saint Paul<br>Courtroom:    By telephone<br>Recording:    None<br>Time Commenced:    8:30 AM<br>Time Concluded:    9:10 AM<br>Time in Court:    0 Hours & 40 Minutes |

Hearing on: **STATUS CONFERENCE**

### APPEARANCES:

    Plaintiff:    Teresa Nelson, Joshua Riegel

    Defendant:    Paul Reuvers, Andrew Wolf

### PROCEEDINGS:

    ☐    In Person

    ☒    By telephone

**Other Remarks:**

    The Court and counsel discussed discovery disputes identified in counsel's joint update letter [Doc. No. 28]. The Court provided some guidance and encouraged counsel to make one last effort to meet and confer in order to narrow or resolve the disputes, but to file any motion/s to compel **no later than 5:00 p.m. Thursday, April 11, 2019**. The Court has set aside **April 25, 2019, at 9:30 a.m.** for a hearing on any such motions filed. The Court will not set another status conference before then, but indicated it is available (at present) in the late afternoon of April 5 and during the day on April 10 if counsel believe another call prior to filing any motions would be helpful.

                                                        s/ *Judith M. Kirby*
                                                           Courtroom Deputy