UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THELMA JONES, PRIYIA LACEY, FAISA ABDI, ALI ALI, RUKIYA HUSSEIN, LUCIA PORRAS, DAVID TROTTER-FORD, AND SOMALI COMMUNITY RESETTLEMENT SERVICES, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF FARIBAULT, <br><br> *Defendant.* | Case No. 18-cv-1643 (JRT/HB) <br><br> **AFFIDAVIT OF ALEJANDRO ORTIZ IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |

The undersigned affiant, Alejandro Ortiz, having first been duly sworn, hereby deposes and says:

1. I submit this affidavit in support of Plaintiffs' Motion to Compel.

2. I am a Senior Staff Attorney with the American Civil Liberties Union Foundation Racial Justice Project, and counsel to Plaintiffs in the above-captioned case. I submit this affidavit in support of Plaintiffs' Memorandum of Law in support of their Motion to Compel. Based upon my work in this case, I have become familiar with and obtained knowledge of the documents attached to this affidavit. The following facts are within my personal knowledge, and, if called and sworn as a witness, I could and would testify competently to them.

3. **Exhibit A** is a true and correct copy Defendant's March 15 Privilege Log.

1

4. **Exhibit B** is a true and correct copy of a letter attached to an email from Plaintiffs' Counsel, Alejandro Ortiz, to Defendant's counsel, dated March 21, 2019.

5. **Exhibit C** is a true and correct copy of a letter attached to an email from Defendant's counsel, Jason Kuboushek, to Plaintiffs' counsel, dated March 22, 2019.

6. **Exhibit D** is a true and correct copy of a letter attached to an email from Plaintiffs' counsel, Alejandro Ortiz, to Defendant's counsel, dated March 29, 2019.

7. **Exhibit E** is a true and correct copy of a letter attached to an email from Defendant's counsel, Paul Reuvers, to Plaintiffs' counsel, dated April 4, 2019.

_____
Alejandro Ortiz

Sworn to before me this 10th day of April, 2019

_____
Notary Public

[Notary Seal: SHYENNE GENELLE MEDINA, NOTARY PUBLIC, NO. 01ME6325547, QUALIFIED IN KINGS COUNTY, COMM. EXP. 05/26/2019, STATE OF NEW YORK]