UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THELMA JONES, PRIYIA LACEY, FAISA ABDI, ALI ALI, RUKIYA HUSSEIN, LUCIA PORRAS, DAVID TROTTER-FORD, AND SOMALI COMMUNITY RESETTLEMENT SERVICES, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF FARIBAULT, <br><br> *Defendant.* | Case No. 18-cv-1643 (JRT/HB) <br><br> **MEET-AND-CONFER STATEMENT** |

I HEREBY CERTIFY that the undersigned has met and conferred with Andrew A. Wolf, Paul Reuvers, and Jason Kuboushek. Counsel for Defendant, via phone and email and the parties have been unable to agree on a resolution of the motion.

Date: April 10, 2019

Respectfully,

*/S/ Alejandro A. Ortiz*
Alejandro Ortiz *(Admitted Pro Hac Vice)*
Joshua Riegel *(Admitted Pro Hac Vice)*
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Tel: (646) 885-8332
ortiza@aclu.org
jriegel@aclu.org

        Teresa Nelson
        Ian Bratlie
        American Civil Liberties Union
        of Minnesota
        P.O. Box 14720
        Minneapolis, MN 55414
        Tel: 651.529.1692
        tnelson@aclu-mn.org
        ibratlie@aclu-mn.org

*Attorneys for Plaintiffs*