UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THELMA JONES, PRIYIA LACEY, FAISA ABDI, ALI ALI, RUKIYA HUSSEIN, LUCIA PORRAS, DAVID TROTTER-FORD, AND SOMALI COMMUNITY RESETTLEMENT SERVICES, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF FARIBAULT,<br><br>*Defendant*. | Case No. 18-CV-01643 (JRT/HB)<br><br>**[PROPOSED] ORDER** |

This matter came before the Court upon the Plaintiffs' motion to compel (ECF-31) and any response thereto. Appearances were noted in the record.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. The motion (ECF-31) is granted; and,

2. The documents the City has withheld on claims of privilege and occupancy registers for rental dwellings in the City of Faribault shall be produced to Plaintiffs by Defendant within 10 days of this order.

Dated: _____, 2019      **BY THE COURT:**

_____
The Honorable Hildy Bowbeer
U.S. Magistrate Judge