UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| THELMA JONES, PRIYIA LACEY, FAISA ABDI, ALI ALI, RUKIYA HUSSEIN, LUCIA PORRAS, DAVID TROTTER-FORD, AND SOMALI COMMUNITY RESETTLEMENT SERVICES, INC., <br>      Plaintiffs, <br>v. <br><br>CITY OF FARIBAULT, <br>      Defendant. | Case: 18-cv-1643 (JRT/HB) |

---

# DECLARATION OF SCOTT J. RIGGS
_____

I, **SCOTT J. RIGGS**, do hereby depose and state as follows:

1.     I am a shareholder at the law firm of Kennedy and Graven, Chartered, where I serve as attorney for the City of Faribault and the Faribault Housing and Redevelopment Authority.

2.     On May 1, 2014, I received an electronic communication from Dave Mathews, then-Building Inspector for my client the City of Faribault, requesting legal advice regarding ███████████████████████████████████████████ ███████████████████████████████████████████████████████████████

3.     I understood this communication to be transmitted to me and my colleague Melissa Manderschied in our capacities as the attorneys for the City, because ████████████████████████████████████████████████████

███████████████████████████████

4. On March 28, 2017, I received an electronic communication from Deanna Kuennen, Community and Economic Development Director for my client the City of Faribault, regarding ███████████████████████████████

5. I understood this communication to be transmitted to me in my capacity as the City attorney, because ███████████████████████████████

6. This communication was not disseminated to anyone inside or outside of the City who did not need to know its contents. While then-City Engineer Tim Murray was included on the communication, his inclusion was necessitated by ███████████████████████████████

[REDACTED]

7. On September 29, 2017, I received an electronic communication from Kim Clausen [REDACTED]

8. I understood this communication to be transmitted to me in my capacity as the attorney for the Faribault Housing and Redevelopment Authority, because [REDACTED]

9. I reached out to Ms. Clausen via telephone to discuss the issue and directed my legal secretary Jean Short to provide Ms. Clausen with a written summary of legal advice and opinions.

10. I directed Ms. Short to provide this written summary [REDACTED]

[redacted]

**FURTHER THIS DECLARANT SAYETH NOT.**

STATE OF MINNESOTA)
                         ): SS
COUNTY OF HENNEPIN)

                                                          s/Scott J. Riggs
                                                          Scott J. Riggs