UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| THELMA JONES, PRIYIA LACEY, FAISA ABDI, ALI ALI, RUKIYA HUSSEIN, LUCIA PORRAS, DAVID TROTTER-FORD, AND SOMALI COMMUNITY RESETTLEMENT SERVICES, INC., <br> Plaintiffs, <br> v. <br> CITY OF FARIBAULT, <br> Defendant. | Case: 18-cv-1643 (JRT/HB) |

---

## AFFIDAVIT OF MELISSA J. MANDERSCHIED

---

I, **MELISSA J. MANDERSCHIED**, after first being duly sworn upon oath do hereby depose and state as follows:

1. In my prior position, I was employed at the law firm of Kennedy and Graven, Chartered, where I served as an assistant city attorney for the City of Faribault.

2. As an assistant city attorney I provided general legal guidance and opinions on issues facing the City and City employees, as well as drafting, reviewing, and revising legal documents to accomplish the objectives of the City.

3. On March 13, 2014, I received an electronic communication from Dave Mathews, then-Building Inspector for my client the City of Faribault,

[REDACTED]

4.  Included within Mathews's communication were a number of

[REDACTED]

5.  I understood this communication to be transmitted to me in my capacity as an assistant city attorney, because drafting, revising, and updating ordinances is a common legal service provided by an assistant city attorney. This is a vital legal service provided to local governments, because it is generally the attorney's responsibility to capture the intent of the City and ensure that the City is adequately accomplishing its objectives through the proposed law. Not only that, but an assistant city attorney must also ensure the Ordinance is legally defensible and subject to a desired legal interpretation should the document ever become the subject of litigation. City attorneys and assistant city attorneys are

uniquely situated to perform this task because of their training and experience in the law surrounding the interpretation of laws including local government ordinances. Cities rely on their city attorneys and assistant city attorneys to use this specialized skill set to identify issues in an ordinance that may not be readily apparent to the untrained eye.

6. Following receipt of Mathews's communication, 

7. On May 1, 2014, Mr. Mathews

**FURTHER THIS AFFIANT SAYETH NOT.**

STATE OF MINNESOTA )
                                            ): SS
COUNTY OF HENNEPIN)

_____
Melissa J. Manderschied

Subscribed and sworn to before me
this __16th__ day of May, 2019.

_____
Notary Public

KRISTIN M. GRAVES
Notary Public-Minnesota
My Commission Expires Jan 31, 2023

4