# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

THELMA JONES, PRIYIA LACEY,
FAISA ABDI, ALI ALI, RUKIYA HUSSEIN,     Civil No. 18-cv-1643 (JRT/HB)
LUCIA PORRAS, DAVID TROTTER-FORD,
AND SOMALI COMMUNITY
RESETTLEMENT SERVICES, INC.,

                Plaintiffs,             **ORDER ON JOINT
STIPULATION TO EXTEND
DISCOVERY DEADLINE**

v.

CITY OF FARIBAULT,

                Defendant.

     Pursuant to the Joint Stipulation to Extend Discovery Deadline (ECF No. 67),

entered into by the parties, and finding that good cause has been shown

     **IT IS HEREBY ORDERED** that the Joint Stipulation (ECF No. 67) is

**APPROVED** and the Pretrial Scheduling Order (ECF No. 21) is **AMENDED** as follows:

     Fact discovery procedures must be commenced in time to be completed on
or before **June 28, 2019.**

Dated:  June 6, 2019              *s/ Hildy Bowbeer*
                          HILDY BOWBEER
                          United States Magistrate Judge