# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

THELMA JONES, PRIYIA LACEY,
FAISA ABDI, ALI ALI, RUKIYA HUSSEIN,
LUCIA PORRAS, DAVID TROTTER-FORD,
AND SOMALI COMMUNITY
RESETTLEMENT SERVICES, INC.,

                    Plaintiffs,

v.

CITY OF FARIBAULT,

                    Defendant.

Civil No. 18-cv-1643 (JRT/HB)

**ORDER ON SECOND JOINT
STIPULATION TO EXTEND
DISCOVERY DEADLINE**

Pursuant to the second Joint Stipulation to Extend Discovery Deadline (ECF No. 72),

entered into by the parties, and finding that good cause has been showen

**IT IS HEREBY ORDERED** that the second Joint Stipulation (ECF No. 72) is

**APPROVED** and the Pretrial Scheduling Order (ECF No. 21), as amended (ECF No. 69), is

further **AMENDED** as follows:

1. Fact discovery procedures must be commenced <u>in time to be completed</u> on or before **August 2, 2019**.

2. Non-dispositive motions and supporting documents, other than those seeking to amend or supplement the pleadings or relating to expert discovery, shall be filed and served on or before **August 2, 2019**.

3. Expert discovery, including depositions, shall be completed by **September 6, 2019**.

4. Non-dispositive motions and supporting documents that relate to expert discovery shall be filed and served on or before **September 20, 2019**.

All other provisions and deadlines previously set in the Pretrial Scheduling Order (ECF

No. 21), as amended (ECF No. 69), shall remain in effect.

Dated:  July 1, 2019

          _s/ Hildy Bowbeer_____
          HILDY BOWBEER
          United States Magistrate Judge