UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THELMA JONES, PRIYIA LACEY, FAISA ABDI, ALI ALI, RUKIYA HUSSEIN, LUCIA PORRAS, DAVID TROTTER-FORD, AND SOMALI COMMUNITY RESETTLEMENT SERVICES, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF FARIBAULT,<br><br>*Defendant*. | Case No. 18-CV-01643 (JRT/HB)<br><br>**JOINT STIPULATION REGARDING THE AUTHENTICITY OF DOCUMENTS** |

Having met and conferred, and upon deciding that good cause exists, the parties stipulate as follows:

Documents produced by Defendant on June 20 and June 26, 2019, under Rule 34 of the Federal Rules of Civil Procedure, shall be deemed authentic for purposes of this lawsuit only, absent a showing of good cause. Good cause shall include issues relating to the completeness of the document (*e.g.*, missing or incomplete pages) or any condition on the face of the document or the manner in which it was produced that brings into question its validity.

Dated: August 1, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Joshua David Riegel* | */s/ Paul D. Reuvers* |
| Joshua David Riegel | Paul D. Reuvers, #217700 |
| Alejandro Ortiz | Jason J. Kuboushek, #0304037 |
| Jennesa Calvo-Friedman | Andrew A. Wolf, #398589 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | IVERSON REUVERS CONDON |
| | 9321 Ensign Avenue South |
| *jriegel@aclu.org* | Bloomington, MN 55438 |
| *ortiza@aclu.org* | (952) 548-7200 |
| *jcalvo-friedman@aclu.org* | 125 Broad St., 18th Floor |
| | New York, NY 10004 |
| Teresa Nelson | Tel: (646) 885-8332 |
| Ian Bratlie | *paul@irc-law.com* |
| AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA | *jasonk@irc-law.com* |
| | *andrew@irc-law.com* |
| P.O. Box 14720 | |
| Minneapolis, MN 55414 | *Attorneys for Defendant City of Faribault* |
| Tel: 651.529.1692 | |
| *tnelson@aclu-mn.org* | |
| *ibratlie@aclu-mn.org* | |

Scott M. Flaherty
Brandon Blakely
O. Joseph Balthazor, Jr
BRIGGS & MORGAN, PA
2200 IDS Center
80 South 8th St.
Minneapolis, MN 55402
Tel: 612-977-8745
*sflaherty@briggs.com*
*bblakely@briggs.com*
*jbalthazor@briggs.com*

*Attorneys for Plaintiffs*