# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THELMA JONES, PRIYIA LACEY, FAISA ABDI, ALI ALI, RUKIYA HUSSEIN, LUCIA PORRAS, DAVID TROTTER-FORD, AND SOMALI COMMUNITY RESETTLEMENT SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FARIBAULT,<br><br>Defendant. | Case No. 18-CV-01643 (JRT/HB)<br><br>**ORDER ON JOINT STIPULATION REGARDING THE AUTHENTICITY OF DOCUMENTS** |

Consistent with the Joint Stipulation Regarding the Authenticity of Documents, ECF No. 75, entered into by the parties, and finding that good cause has been shown, documents produced by Defendant on June 20 and June 26, 2019, under Rule 34 of the Federal Rules of Civil Procedure, shall be deemed authentic for purposes of this lawsuit only, absent a showing of good cause. Good cause shall include issues relating to the completeness of the document (*e.g.*, missing or incomplete pages) or any condition on the face of the document or the manner in which it was produced that brings into question its validity.

Dated: August 9, 2019

s/Hildy Bowbeer
HILDY BOWBEER
United States Magistrate Judge