# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Thelma Jones, Priyia Lacey, Faisa Abdi, Ali Ali, Rukiya Hussein, Lucia Porras, David Trotter-Ford, and Somali Community Resettlement Services, Inc. | COURT MINUTES – CIVIL BEFORE: HILDY BOWBEER U.S. MAGISTRATE JUDGE | |
| | Case No: | 18-cv-1643 (JRT/HB) |
| | Date: | August 13, 2019 |
| Plaintiffs, | Courthouse: | Saint Paul |
| | Courtroom: | By telephone |
| v. | Recording: | None |
| | Time Commenced: | 3:30 PM |
| City of Faribault, | Time Concluded: | 4:19 PM |
| | Time in Court: | 0 Hours & 49 Minutes |
| Defendant. | | |

Hearing on: **STATUS CONFERENCE**

### APPEARANCES:

Plaintiff: Alejandro Ortiz, Ian Bratlie, Jennesa Calvo-Friedman, Teresa Nelson, Scott Flaherty

Defendant: Paul Reuvers, Andrew Wolf

### PROCEEDINGS:

☐ In Person

☒ By telephone

**Other Remarks:**

The Court and counsel discussed the implications for the completion of expert discovery and dispositive motion practice under the scheduling order in view of a recent order from the United States District Court for the District of Puerto Rico. Counsel will promptly prepare and make a joint request seeking modification of the order from the issuing court. The Court expressed its willingness to enter such orders in this case as may be necessary to adopt and implement restrictions requested by the District Court in Puerto Rico in order to facilitate such a modification. The deposition of Plaintiffs' expert scheduled for August 14 will be rescheduled. The deposition of Plaintiffs' expert scheduled for August 21 and the deposition of Defendant's expert scheduled for August 28 will remain on the calendar pending further developments. The Court will hold another conference call with counsel on **August 19 at 1:00 p.m.** Conference bridge information for the call will be circulated in advance.

s/ *Judith M. Kirby*
Courtroom Deputy