# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Thelma Jones, Priyia Lacey, Faisa Abdi, Ali Ali, Rukiya Hussein, Lucia Porras, David Trotter-Ford, and Somali Community Resettlement Services, Inc. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | COURT MINUTES – CIVIL<br>BEFORE: HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE |
| Plaintiffs, | | Case No: 18-cv-1643 (JRT/HB) |
| | | Date: August 15, 2019 |
| v. | | Courthouse: Saint Paul |
| | | Courtroom: By telephone |
| City of Faribault, | | Recording: None |
| | | Time Commenced: 4:16 PM |
| Defendant. | | Time Concluded: 4:40 PM |
| | | Time in Court: 0 Hours & 24 Minutes |

Hearing on: **STATUS CONFERENCE**

### APPEARANCES:

Plaintiff: Alejandro Ortiz, Ian Bratlie, Jennesa Calvo-Friedman, Teresa Nelson, Scott Flaherty, Joseph Balthazar, Brandon Blakely

Defendant: Paul Reuvers, Jason Kuboushek

### PROCEEDINGS:

☐ In Person

☒ By telephone

**Other Remarks:**

The Court and counsel discussed recent developments regarding Defendant's expert and implications for upcoming expert depositions and the scheduling order.

s/ *Judith M. Kirby*
Courtroom Deputy
