IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THELMA JONES, PRIYIA LACEY, FAISA ABDI, ALI ALI, RUKIYA HUSSEIN, LUCIA PORRAS, DAVID TROTTER-FORD, AND SOMALI COMMUNITY RESETTLEMENT SERVICES, INC., <br><br>　　　　　　　Plaintiffs, <br><br>v. <br><br>CITY OF FARIBAULT, <br><br>　　　　　　　Defendant. | Case: 18-cv-1643 (JRT/ECW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned attorneys hereby advise the Court that all of Plaintiffs' claims in the above-entitled cause of action have been fully compromised and settled.  Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, and without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiffs' claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: June 29, 2022

s/ Alejandro Ortiz
Alejandro Ortiz
Jennesa Calvo-Friedman
Erika Sisneros-Kelley
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(646) 885-8332
ortiza@aclu.org
jcalvo-friedman@aclu.org
eskelley@aclu.org

Teresa Nelson
Ian Bratlie
American Civil Liberties Union of Minnesota
P.O. Box 14720
Minneapolis, MN 55414
(651) 529-1692
tnelson@aclu-mn.org
ibratlie@aclu-mn.org

Scott M. Flaherty (#388354)
O. Joseph Balthazor Jr. (#399093)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400
sflaherty@briggs.com
jbalthazor@briggs.com
*Attorneys for Plaintiffs*

Dated: June 29, 2022                s/ Paul D. Reuvers
                                                          Paul D. Reuvers, #217700
                                                          IVERSON REUVERS
                                                          9321 Ensign Avenue South
                                                          Bloomington, MN 55438
                                                          (952) 548-7200
                                                          paul@iversonlaw.com
                                                          *Attorneys for Defendant*