# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| THELMA JONES, et al., | Civil No. 18-1643 (JRT/ECW) |
| Plaintiffs, | |
| v. | |
| CITY OF FARIBAULT, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Alejandro Ortiz, 125 Broad Street, 18th Floor, New York, NY 10004, for plaintiffs.

Paul D Reuvers, **IVERSON REUVERS,** 9321 Ensign Avenue South, Bloomington, MN 55438, for defendant.

The parties filed a Stipulation of Dismissal on June 30, 2022. (ECF No. 286) Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 18, 2022  
at Minneapolis, Minnesota

          ___s/John R. Tunheim_____  
          JOHN R. TUNHEIM  
          United States District Judge